Civil TorT

| THES STATE OF INDIANA | ) | IN THE ST JOSEPH SUPERIOR COURT |
| THE COUNTY OF ST JOSEPH | ) | PERSONAL INJURY CLAIM |
| | ) | BREACH OF CONTRACT UNJUST, ENRICHMENT |
| | ) | DECEPTIVE, BUISNESS PRACTICES AND FRAUD) |
| | ) | AGRESSIVE HARRASSMENT EVEN AFTER COUNSEL |
| • | ) | FAIR DEBT COLLECTION PRACTICES ACT |
| STEPHEN L RIGHTSELL | ) | TRIAL |
| PLANTIFF/ CLAIMENT | ) | JURY DEMAND |
| V) | ) | |

ReSPONPENT
RESONDENT/DEFENDENT

CARRINGTON MORTGAGE LLC    )

- FILED -

DEC 01 2023

Clerk
St. Joseph Circuit Court

71C01-2312-CT-00069

**- FILED -**

NOTICE OF SUIT 11/30/2023

DEC 01 2023

**Clerk**
**St. Joseph Circuit Court**

CARRINGTON MORTGAGE YOU ARE BEING SUED FOR PERSONAL INJURY TO MR STEPHEN L RIGHTSELL

IN THE COUNTY OF ST JOSEPH INDIANA IN SOUTH BEND INDIANA YOU MAY FIND THE CASE ON MY CASSE IN ,GOV AND ITS COURT ROOM NUMBER AND JUDGE ITS ASSIGNED TO ADDRESS 129 S MAIN STREET PHONE NUMBER OF 1 574 514 1706, THIS WILL BE A JURY TRIAL AS WELL PERSONAL INJURY PERMINATE AND CONCRETE INJURY PHYSICAL IN NATURE 25 MILLION CLEAN CLEAR DEED TITLE MORTAGE PAID OFF AND COURT COST AND FEE,S AND A APOLOGY IN WRITING AND CHANGE ALL PRACTICE SO NO ONE ELSE LIFE IS SHORTED LIKE MINE HAS BEEN YOU DONT HAVE TO TOUCH PEOPLED TO HARM THEM

1.                                              BRIEF OF CLAIM  AND SUMARRY, CONSOLIDATED DIE
TO THE FEDERAL PAPER REDUCTION ACT.

ON OR ABOUT FEDUARY 2022 SERVICING HAD CHANGED TO CARRING TON MORTGAGE
SERVICING WITH IT PRIMARY OFFICE IN ANIHEIM CALIFORNIA AND CA;; CENTER IN WESTFIELD
INDIANA,

1, THEY NEVER SENT A WELCOME LETTER

2 THEY DID NOT APPLY EXTRA FUND TO PRINCIPAL AND INTREST.

3, THEY SENT FINES AND FEES FOR FOR LATE PAYMENTS

4 THEY CONCEALED FROM THE CONSUMERFINACIAL PROTECTION AGENCYDURRING ITS
PROCEDURE THAT IT SENT ALL MONEY IN THE FORM OF A OVERPAYMENT TO THE INSURANCE
COMPANY THAT WAS MENT FOR THE PRINCIPAL TO NOCK DOWN THE TOTAL AMOUNT

5 THE CONCRETE INJURY IN THE CLAIM WE SPEAK OF IS STRESS TO INDUCE A HEART ATTACK BY
MEAN OF CAUSEING EXTRA CORTISOL TO FORM AND CLOG THE ARTERYS AND VIENS INDUCING
A HEART ATTACK, RESULTING IN PERMENATE DAMAGE AND STENTS PLACED INSIDE AND LONG-
TERM BLOOD PRESSURE MEDICATION. INCREASED

THEY DID THESE ON A FRAUDULENT MEANS HARRASSED BY PHONE AND MAIL WITH FRAULENT
ACTIVITY BY NOT NOTIFY ME OF CHASTEPHEN RIGHTSELL OF THE CHANGE  MONEY WERE WIRE
TRANFURED TO THEM FROM PREVIOUSE SERVICER WHERE RECIEVED WITH IN THE GRACE
PERIOD THEY EVEN CONTACTED ME VIA PHONE AFTER I OABTAINE A LAWYER DAN LAW OUT
OF OHIO, WHILE THE CFPB WAS PERSUING THEM AN  FIND THEM $5. 25 MILLION DOLLARS

6MY CLAIMS ARE FACTUAL MEDICAL RECORDS AND I DID NOT HAVE THAT KIND OF STRESS
BEFOR,

7, THEY PLACE LATE OR MISSING PAYMENTS ON MY CREDIT REPORTS AND DID NOT PAY TAXES
PROMPTLEY THEY DID NOT INFORM ME MY PROPERTY TAXES WENT IP BY $3 DOLLARS JUST
LISTING INSOFICIENT PAYMENT WHEN THEY HAD EXTRA MONEY THEIR

JUST STARTED WITH THE LATE FEE,S AND INSTEAD OF APPLYING PAYMENT OR EXTRA MONEYS
TO PRINCIPAL DURING 2022 ORDER THEY SENT OVER PAYMENT TO MY INSURANCE WHAT
GOOD DOES IT DO ME IF IT DONT LOWER THE PRINCIPAL ON THE HOUSE MORTGAGE NOTE
AND ITS INTREST ALSO QUESTION LPI  AKA LENDER PLACED INSURANCE AS EVER HOME /
PROPERTY VALUE DUBBLED IN VALUE SO LENDER PLACED INSURANCE WOULD COME
OFFBEING VALUE TO LOAN RATIO AS I HAD MY OWN INSURANCE TO COVER FIRER WIND RAIN
AND OTHER  LOSSES

8 I ALSO HAD A OUTSIDE PERSON COME BERFY MY MATH AND DATES OF PAYMENT A sT
JOSEPH COUNTY  IN DEPUTY SHERIFF THEY COULD NOT ARREST THEM BECAUSE THIER NOT
WITH INTH ERI JURISTICTION PHYSICALY

Case Brief, claimant Stephen L Rightsell v defendant Carrington mortgage services llc Anaheim California.

Mr Rightsell claims Carrington mortgage took over servicing of his FHAa loan in about February of 2022 with out notifying him with a welcome letter or documents mailed of the change

Hences payments sent to former servicer and Eletronic transfer to Carrington

Carrington did not apply those funds and started sending late notices and foreclosure notices cause Mr Rightsell stress they would call and harass Mr. Rightsell even when receiving payments in full and extra for the principal and not apply them  even after being contacted by Mr. Rightsell attorney dans Danns law in Ohio even after the consumer financial protection bureau had contacted and was in the process of punishing them via a 5.25 million Dollar dine even after Lossing 18.5 million for illegal charges still and required to know the mortgage servicing laws and having counsel and lawyers whom get continuing legal education and a duty to inform the court via corpus juris secundum chapter 7  section 76 a lawyers first duty is to the court not its clients. But then again corporations are not allowed to have attorneys' lawyers

(1) Exhibit Confidential                    Premie Fanin

Memorial Hospital of South Bend       MRN:                    NAME: RIGHTSELL, STEPHEN L
615 N. Michigan St.
South Bend, IN 46601                  FIN:

---

## DISCHARGE SUMMARY

Addendum by ENCK MD, RYAN D on October 05, 2022 14:34:52 EDT (Verified)
Add hypertensive urgency to discharge diagnosis
Signature Line
_____

Electronically Signed By: ENCK MD, RYAN D on 10/05/2022 02:35 PM

---

## HISTORY AND PHYSICAL

Electronically Signed By:                    LUM MD,WEN SUN (10/2/2022 05:17 EDT); LUM MD,WEN
                                             SUN (10/2/2022 05:10 EDT)

Addendum by LUM MD, WEN SUN on October 02, 2022 05:17 EDT
Will hold antihypertensives and Lasix for now.
Avoid NSAIDs.
_____

Electronically Signed By: LUM MD, WEN SUN on 10/02/2022 05:17 AM

HISTORY & PHYSICAL
Beacon Health System

Patient:  RIGHTSELL, STEPHEN L          MRN:              FIN:
Age: 74 years    Sex: Male    DOB:
Associated Diagnoses:  None
Author:  LUM MD, WEN SUN

## HISTORY AND PHYSICAL
DATE OF SERVICE:
10/02/2022 04:05

PRIMARY CARE PHYSICIAN: SPRINGER MD, AMANDA L

CHIEF COMPLAINT: Chest pain and dizziness

HISTORY OF PRESENT ILLNESS:
74-year-old Caucasian male with known history of OSA on CPAP, chronic bradycardia, hypertension,
GERD, Barrett's esophagus presents to the hospital complaining of chest pain.  It started about 3
hours ago prior to arrival.  He describes his chest pain located substernally and radiating to both of
the chest.  He was sitting on the couch and watching television at the time.  He describes her chest
pain as intermittent sharp sensation.  He has significant dizziness when getting up from his couch.
He felt in his left hand against the wall.  He develops large hematoma on the dorsum of his left hand.
He denies any loss of consciousness or head injury.  He is on aspirin at home.  He denies any other
anticoagulation use.  He denies any shortness of breath, coughing, nausea, vomiting, orthopnea,

Report Request ID:    146623735                              8/29/2023 14:43 EDT
                                                             Page 6 of 93
Copy To:  TRAYLOR CL,TONYA

Exhibit 2



# Carrington
## mortgage services, llc
NMLS ID #2600

P.O. Box 5001
Westfield, IN 46074

# Monthly Mortgage Statement

0007846   01 MB 0.531 **AUTO  T1 0 9768 46614-552817   -C01-P07853-I



STEPHEN L RIGHTSELL
19517 PULLING ST
SOUTH BEND  IN 46614-5528

| | |
|---|---|
| Statement Date | 04/06/23 |
| Account Number | ████8003 |

**Amount Due**    **$619.16**

Due Date:    05/01/23

If payment is received after 05/16/23, a $24.76 late fee will be charged.

**Contact Us:**

☎ 800-561-4567    🖨 800-486-5134

🖥 www.CarringtonMortgage.com

---

## Account Information

**Property Address:**
19517 PULLING ST
SOUTH BEND  IN 46614

Interest Rate: 3.75%
Prepayment Penalty: No

Modification Date: N/A
Maturity Date: 04/01/2046

Home financing available
Contact us at (844) 833-2685
www.CarringtonHomeLoans.com

---

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $189.19 |
| Interest: | $256.44 |
| Escrow: | $173.53 |
| (Taxes and/or Insurance)* | |
| **Reg. Monthly Payment:** | **$619.16** |
| Overdue Payment: | $0.00 |
| Total Fees Charged: | $0.00 |
| **Total Amount Due:** | **$619.16** |

### Current Loan Balances

| | |
|---|---|
| Principal Balance*: | $82,061.91 |
| Escrow Balance: | $4.13 |
| Past Due Balance: | $0.00 |
| Deferred Balance(s): | N/A |
| Buydown Balance: | N/A |
| Partial Claim: | N/A |
| Negative Amortization: | N/A |
| Unapplied Funds: | $0.00 |

* Your current Principal Balance is not a payoff quote.
See page 3 for Loan Payoff Information.

### Past Payment Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $214.86 | $830.32 |
| Interest | $257.11 | $1,032.38 |
| Escrow (Taxes and/or Insurance)* | $173.53 | $694.12 |
| Fees and Charges | $0.00 | $25.08 |
| Unapplied Funds | $0.00 | $0.00 |
| **Total** | **$645.50** | **$2,581.90** |

* Please see page 3 of this statement for additional information.

---

▲ Please detach and return with your payment ▲

# Carrington
## mortgage services, llc
NMLS ID #2600

Make a payment at **CarringtonMortgage.com**.
Pay by Check or AutoPay for free!

Loan Number: ████8003
STEPHEN L RIGHTSELL
19517 PULLING ST
SOUTH BEND  IN 46614

**Amount Due**    **$619.16**

Due Date:    05/01/23

| | |
|---|---|
| Late charge if received after 05/16/23: | $24.76 |
| Late Payment Amount if received after 05/16/23: | $643.92 |

CARRINGTON MORTGAGE SERVICES LLC
PO Box 7015
Pasadena, CA 91109-7015

| | |
|---|---|
| Payment Due | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Carrington Charitable Foundation Donation** | $ |
| Total Amount Enclosed | $ |

9768-01-00-0007846-0001-0016473- STD

71601-2312-CT-000601

2023 DEC -1  A 10: 03
ST. JOSEPH COUNTY CLERK
CIRCUIT COURT

## AFFIDAVIT OF FACTS AND TRUETH

I STEPHEN I RIGHTSELL DO SWEAR UNDER PAIN &PENALTY OF PURJERY

THE WRITEN FACTS ARE TRUE TO THE BEST OF MY KNOWLEGE

AND UNDERSTANDING OF THE FOLLOWING FACTS

CARRINGTON MORTGAGE TOOK OVER SERVICING MY MORTGAGE THEY DID NOT SEND A WELCOM LETTER AND HARRASSED ME DO TO THIER MISTAKE IT CAUSE ME STRESS AND CONCRETE INJURY BY MEAN OF A HEART ATTACK AFTER THEY SENT ME FOR CLOSURE NOTICES AND HARRASSED ME BY PHONE AND MAIL EVEN AFTER OBTAINING COUNSEL AND THEY DID THESE THINGS WHILE THE FEDERAL CONSUMER PROTECTION BEURO WAS AJUDUDICATING OTHER ACTS I ALSO PAID IN EXTRA MONEYS OVER THE MONTHLY AMOUT TO PAY DOWN THE MORTGAGE DEBT AND THEY ARE STILL PROFITING OFF THIS INJURY AND WHAT I CALL A CRIME I DID CALL LAW ENFORCMENT TO CHECK MY MATH IN HOPES THEY WHERE ABLE TO ASSIT BUT THIER OUT OF CALIFORNIA SO NO JURISTICTION AND ALL MY NUMBER CAME OUT FINE WITH THE OFFICER THAT SHOWED UP LOOKED AT MY MORTGAGE DOCUMENTS STATMENT S AND RECIEPTS,

THE CONCRETE INJURY I SUFFERED WAS MY HEART WAS DAMAGED AND I RECIEVED STENTS AND SOME SCARING FROM MEDICAL PROCEDURERS THAT CAUSE OTHER ISSUES AS I LL NEED BATHROOM BRAKES DURING TRIAL FOR MEDICATION I TAKE NOW THESE WERE ALL WHILE COVID PROTECTIONS WERE IN PLACE STILL TO THE BEST OF MY KNOWLEGE AND OTHER COURT CASES WERE ON GOING AS MY SON DISCOVERED OTHER SUITS FOR UNFAIR BUISSNESS PRACTICES AND SUCH BUT WITH THEM SHORTINING MY LIFE WITH ILL REGUARD AND NO REASON TO DO SO I AM SUEING FOR DAMAGES IN THE AMOUNT OF $25 MILLION US DOLLARS. AND A CLEAN CLEAR DEED TITLE TO MY HOME NO MORTGAGE OR ENCOMBERANCES SOME WHERE IN MY TAX DOCUMENTS IT SAY MY HOME IS NOT THE SURITY IN THE BOX FOR THIS MORTGAGE WELL THERE IS A BOX AND ITS NOT CHECK SO

HOPE COULD THEY FOR CLOSE PLUS THEY ALSO TRAPPED ME IN VIA BANKING RULES AND UNDER WRITING RULES FOR NEW MORTGAGE IF YOUR REPORTED LATE YOU CANT REFINACES WITH ANYBODY LEGITIMATE SO THEY HIT MY CREDIT REPORT AND DONE DAMAGE THEIR I D LIKE TO ENJOY MY LIFE WITH MY FAMILY WITH WHAT I HAVE LEFT.

11/30/2023        x _Stephen Rightsell_ 12-1-23

            x _____

CLAIM OF PERSONAL INJURYS ABOVE

ST. JOSEPH COUNTY
CIRCUIT COURT
101 S MAIN ST
SOUTH BEND, IN  46601-1807

**GROUND
ADVANTAGE™**

2312CT601



## ELECTRONIC SCAN REQUIRED

# G

## USPS GROUND ADVANTAGE™

ST. JOSEPH COUNTY
CIRCUIT COURT
101 S MAIN ST
SOUTH BEND, IN  46601-1807



Zone 7

CARRINGTON MORTGAGE LLC
1600 S DOUGLASS RD STE 100
ANAHEIM, CA  92806-5948

**USPS SIGNATURE TRACKING #**



9202 1901 0661 5400 0190 9186 82

Electronic Rate Approved #901066154

**Attention Carrier on Route #C020**

This piece is being monitored for
Delivery and Scanning accuracy

Non-Machinable Parcel

IMpbConfirmation11x8FlatLabel v1.2.19.0